**PENTEL CO., LTD. and Pentel of America, Ltd., Appellants,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,**

and

**Benjamin J. Kwitek, Appellee.**

No. 2012–1002.

United States Court of Appeals, Federal Circuit.

June 13, 2012.

· Bruce L. Adams, Adams & Wilks, of New York, NY, argued appellants.

· Nathan K. Kelley, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee David J. Kappos, Director, United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Robert J. McManus, Associate Solicitor.

Robert R. Lyons, Littman Law Offices, Ltd., Manassas VA, for appellee Benjamin J. Kwitek.

LINN, PLAGER, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.